# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**SLEP-TONE ENTERTAINMENT CORP.,**

    **Plaintiff,**

**vs.**                                        **CASE NO. 5:11-cv-69/RS-EMT**

**ARTHUR ALLEN, et al.,**

    **Defendants.**

_____/

## ORDER

Plaintiff's Motion to Stay (Doc. 49) is **DENIED**.

**ORDERED** on July 8, 2011.

                                             /S/ Richard Smoak
                                             **RICHARD SMOAK**
                                             **UNITED STATES DISTRICT JUDGE**