UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SLEP-TONE ENTERTAINMENT
CORPORATION,

    Plaintiff,

v.                                     Case No.  8:11-cv-2193-T-30EAJ

ROBERT T. IAVARONE, et al.,

    Defendants.
_____/

## ORDER

Before the Court is the Plaintiff's Notice of Voluntary Dismissal of Defendant MALCOLM BONDS (Dkt. #108) and Plaintiff's Status Report (Dkt. #109).  Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed with prejudice as to Defendant MALCOLM BONDS.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to administratively CLOSE this case.

**DONE** and **ORDERED** in Tampa, Florida on December 11, 2012.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Odd\2011\11-cv-2193.dismissal 108.frm